UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Z.D.,<br>Plaintiffs,<br>v.<br>MARKWAYNE MULLIN et al.,<br>Defendants. | Case No. 5:26-cv-08791-SVK<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED**, to the Honorable Lisa J. Cisneros for consideration of whether the case is related to 26-cv-02167-LJC.

**IT IS SO ORDERED.**

Dated: August 25, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California